1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | MELVIN HODGES, JR.,

11 |            Petitioner,

12 |        v.

13 | UNITED STATES OF AMERICA,

14 |            Respondent.

CASE NO. C16-1521JLR

ORDER REGARDING
SUPPLEMENTAL AUTHORITY

15      On March 8, 2017, Respondent United States of America ("the Government")

16  filed a notice of supplemental authority concerning the Supreme Court's decision in

17  *Beckles v. United States*, --- U.S. ---, 2017 WL 855781 (Mar. 6, 2017).  (Notice (Dkt.

18  # 11).)  The Government argues that "*Beckles* requires [Mr.] Hodges's motion be

19  denied."  (*Id.* at 2.)  Mr. Hodges filed a response to the Government's notice in which he

20  asks the court to defer ruling on his 28 U.S.C. § 2255 petition (Mot. (Dkt. # 1)) until after

21  he files a supplemental memorandum as to why the Supreme Court's decision in *Beckles*

22

ORDER - 1

1    does not control the outcome of his petition (Resp. (Dkt. # 12) at 1).  Mr. Hodges

2    commits to filing his supplemental memorandum by March 15, 2017.  (*See id.*)

3         The court will defer ruling on Mr. Hodges's petition until after it has reviewed Mr.

4    Hodge's supplemental memorandum.  The court ORDERS Mr. Hodges to limit his

5    supplemental memorandum to 10 pages.  In addition, the Government may, but is not

6    required to, file a supplemental memorandum of no more than 10 pages responding to the

7    same issue.  If the Government files a supplemental memorandum, it shall do so no later

8    than March 15, 2017.  Finally, the court DIRECTS the Clerk to re-note Mr. Hodges's

9    petition (*see* Dkt. ## 1, 8) to March 15, 2017.

10        Dated this 13th day of March, 2017.

11

12

13        JAMES L. ROBART
          United States District Judge

14

15

16

17

18

19

20

21

22

ORDER - 2